AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>BRIAN JORDAN BARTELS<br><br>*Defendant* | )<br>)<br>) Case No. 20-1204<br>) UNDER SEAL<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  05/30/2020  in the county of  Allegheny  in the  Western  District of Pennsylvania , the defendant violated  18  U. S. C. §§ 2 and 231(a)(3) , an offense described as follows:

18 U.S.C. §§ 2 and 231(a)(3) (Obstruction of Law Enforcement During Civil Disorder)

This criminal complaint is based on these facts:
See attached.

☑ Continued on the attached sheet.

/s/ Matthew Dunleavy
*Complainant's signature*

Matthew Dunleavy, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/05/2020

*Judge's signature*

City and state: Pittsburgh, PA

Maureen P. Kelly, United States Magistrate Judge
*Printed name and title*